Marguerite Lambert, appellee, v. William H. Spikings et al. Appeal of William H. Spikings, appellant. Gen. No. 40,023.

 Heard in the third division of this court for the first district at the April term, 1938. Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

Milton G. Manasse, for appellant. Cummings & Wyman, for appellee; Harold Engstrom, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

People of the State of Illinois, appellant, v. Emil J. Charbonneau, appellee. Gen. No. 40,078.

 Heard in the third division of this court for the first district at the April term, 1938. Opinion filed October 26, 1938.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Beulah Whitehouse, appellee, v. Fred Whitehouse, appellant. Gen. No. 40,005.

 Heard in the third division of this court for the first district at the April term, 1938. Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

Milton J. Sabath, for appellant. Rittenhouse & Marovitz, for appellee; Abraham L. Marovitz and Harold Marovitz, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Harry Vasels, appellant, v. Peoples Gas Light and Coke Company, appellee. Gen. No. 40,018.

 Heard in the third division of this court for the first district at the April term, 1938. Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

Irving G. Zazove, for appellant. Cooke, Sullivan & Ricks, for appellee; Oliver R. Barrett and Malcolm J. Gillis, of counsel.

Mr. Justice Hebel delivered the opinion of the court.